In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title, etc., for the Opening and Extending of Elderts Lane from Jamaica Avenue to Atlantic Avenue, etc. ETHEL M. LIFTCHILD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

ALEXANDRE KARELY, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

SEAMAN LOWERRE, Respondent, v. CENTURY COUNTRY CLUB, Appellant.— Order reversed upon the law and facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that an inspection of the contract is not necessary to enable plaintiff to frame his complaint. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

JOSEF MINARIK, as Administrator, etc., of EMIL MINARIK, Deceased, Appellant, v. JOHN D. MACPHERSON and ALFRED S. AMBLER, Respondents.— Judgment dismissing complaint at the end of plaintiff's case reversed on the law and new trial granted, with costs to abide the event, on the ground that there was evidence sufficient to raise an issue of fact for the jury. The evidence contained in the hypothetical question and answer is in more than one instance very slender. The facts are dependent largely upon the testimony of the mother of the deceased boy, and she seemed to have great difficulty in understanding English. In many instances she said she did not understand the conversations between the defendants. This court is obliged on this appeal to take all of the statements in the record as true, and the opinion evidence of plaintiff's doctor, predicated upon the evidence, largely, of the mother and father, was sufficient to raise the issue as to whether or not the child's death was hastened by the treatment that he received. (See *McCahill* v. *N. Y. Transportation Co.*, 201 N. Y. 221.) Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE MOUNT VERNON METAL PRODUCTS COMPANY, INC., a New York Corporation, etc., Respondent, v. THE MOUNT VERNON COMPANY, SILVERSMITHS, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. We think the complaint states a cause of action. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.